AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>MCAVOY, THOMAS J. | 2. Court or Organization<br><br>U.S. DISTRICT COURT - NDNY | 3. Date of Report<br><br>04/16/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR US DISTRICT COURT JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ___ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>FEDERAL BUILDING<br>15 HENRY STREET<br>BINGHAMTON, NEW YORK 13902 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Trustees Emeritus - see VIII | Albany Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/06/86 | County of Broome-vested retirement health insurance benefit |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAVOY, THOMAS J. | 04/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 12/31/2020 | NYS & Local Employees Retirement System - Pension | $1,513.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAVOY, THOMAS J. | 04/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. M&T Mortgage Co. | rental property - Conklin, NY | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAVOY, THOMAS J. | 04/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Treadstone formerly listed Edward Jones - cash/money market -Part VIII | A | Int./Div. | J | T | | | | | |
| 2.  Conklin, NY - apartment buildings 1/3 owner -see Part VIII | G | Rent | N | W | | | | | |
| 3.  Binghamton, NY single family home | D | Rent | L | W | | | | | |
| 4.  Conklin, NY undeveloped lot | | None | K | W | | | | | |
| 5.  Sanibel, Florida condominium | D | Rent | N | W | | | | | |
| 6.  Endicott, NY - 2family | D | Rent | L | W | | | | | |
| 7.  Kirkwood, NY - single family home (Y) See Part VIII | | | | | | | | | |
| 8.  Lord Abbett Affiliated FD CL A CUSIP | A | Dividend | K | T | | | | | |
| 9.  Nuveen New York Municipal Bond Class | C | Int./Div. | M | T | | | | | |
| 10. Franklin Mutual Global Discovery Fund CL A - see Part VIII | A | Dividend | J | T | | | | | |
| 11. Franklin Rising Dividends Fund CLA | A | Dividend | J | T | | | | | |
| 12. Franklin Mutual Shares Fund CL A | A | Dividend | J | T | | | | | |
| 13. Chevron Corp Com | A | Dividend | K | T | | | | | |
| 14. Target Corporation Common | | None | | | Sold | 10/23/20 | J | | |
| 15. Treadstone - Edward Jones IRA (see Part VIII) | C | Dividend | N | T | | | | | |
| 16. M&T Bank account | A | Interest | M | T | | | | | |
| 17. Oppenheimer Main Street Fund Class A OPTFX | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MCAVOY, THOMAS J.** | 04/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Templeton China World Fund CL A<br>TCWAX | A | Dividend | J | T | | | | | |
| 19. Templeton Growth Fund CL A | A | Dividend | K | T | | | | | |
| 20. Franklin Small-Mid Cap Growth Fund CL A | A | Dividend | K | T | | | | | |
| 21. Apple, Inc. | A | Dividend | K | T | | | | | |
| 22. Celenge Corp | | None | K | T | | | | | |
| 23. Invesco High Yield Municipal Fund | A | Dividend | L | T | | | | | |
| 24. Natioinal Oilwell Varco, Inc. | A | Dividend | J | T | | | | | |
| 25. Schlumberger Limited | A | Dividend | J | T | | | | | |
| 26. Devon Energy Corp | A | Dividend | J | T | | | | | |
| 27. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 28. Chevron Corp | A | Dividend | K | T | | | | | |
| 29. GW Pharmacuticals, PLC | A | Dividend | K | T | | | | | |
| 30. Bank of Montreal -- | A | Int./Div. | K | T | | | | | |
| 31. CVS Health Corp | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 32. Capital One Financial Corp | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 33. Microsoft Corp | A | Dividend | K | T | Buy | 02/24/20 | K | | |
| 34. Berkshire Hathaway | C | Dividend | K | T | Buy | 02/24/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAVOY, THOMAS J. | 04/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Facebook, Inc. | D | Dividend | K | T | Buy | 02/24/20 | K | | |
| 36.   Bristol Myers Squibb Company | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 37.   Enbridge | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 38.   Zimmer Biomet Holdings Inc | A | Dividend | K | T | Buy | 5/14/20 | J | | |
| 39.   Raytheon Technologies Corp | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 40. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MCAVOY, THOMAS J.** | 04/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Positions:  No reportable assets associated with my position as Member of the Board of Trustees of Albany Law School.

Part VII Line 1 - As of October 23, 2020 my financial advisor left Edward Jones and established the firm of "Treadstone Wealth Advisors" - (Treadstone) Affiliated with Commonwealth Financial Network.  Edward Jones will no longer appear on my statement.  All individual assets that are part of the "Treadstone Wealth Advisors" = Affiliated with Commonwealth Financial Network have been listed.

Part VII Line 2 - Conklin apartment buildings.  This is a passive investment.  All assets subject to disclosure have been listed.

Part VII Line 7 - This property no longer produces any income and will be removed from future reports.  I continue to own the property but it is being occupied by a family member rent free.

Part VII Line 10 - The word "Franklin" was inadvertently left out of prior report.

Part VII Lne 16 - All individual assets that were part of the Edward Jones IRA (See note re:  Line 1 abobe) have been transferred to "Treadstone Wealth Advisors" - Affiliated with Commonwealth Financial Network, which are subject to disclosure have been listed.

| Name of Person Reporting | Date of Report |
|---|---|
| MCAVOY, THOMAS J. | 04/16/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **THOMAS J. MCAVOY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544